JOHN W. HUBER, United States Attorney (#7226)
CARLOS A. ESQUEDA, Assistant United States Attorney (#5386)
Attorneys for the United States of America
111South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801)-524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH, NORTHERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 1:16 cr 34DAK |
|---|---|
| Plaintiff, | |
| vs. | MOTION FOR LEAVE TO DISMISS THE INDICTMENT |
| KENNETH EDAWRD SULLIVAN, | Judge Dale A. Kimball |
| Defendant. | |

The United States Attorney for the District of Utah, pursuant to Fed.R.Crim.P. 48(a) hereby moves for leave of court to file a dismissal with prejudice of the Indictment in the above referenced matter. This request is for good cause and is in the interest of justice, to wit: the defendant has successfully completed his eighteen (18) month pretrial diversion program.

DATED this 23rd day of July 2019.

JOHN W. HUBER
United States Attorney

/s/*Carlos A. Esqueda*
CARLOS A. ESQUEDA
Assistant United States Attorney