# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. KENNETH EDWARD SULLIVAN, Defendant. | Case No. 1:16 cr 34-2 DAK ORDER GRANTING LEAVE OF COURT TO FILE A DISMISSAL OF THE INDICTMENT. |

Based upon the motion of the United States of America, and for good cause appearing, the Court hereby grants leave under Fed.R.Crim.P. 48(a) to allow the United States Attorney to file a dismissal with prejudice for the above referenced Indictment against the defendant, KENNETH EDWARD SULLIVAN.

DATED this 3rd day of July, 2019

BY THE COURT:

_____
DALE A. KIMBALL